**Robert Emerson LAMB, Plaintiff—Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security; Michael Cummings, Manager, Social Security Administration; Rosana Figueroa, Case Worker, Social Security Administration, Defendants—Appellees.**

No. 07–1807.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2007.

Decided: Oct. 25, 2007.

Robert Emerson Lamb, Appellant Pro Se. George Maralan Kelley, III, Assistant United States Attorney, Norfolk, Virginia, for Appellees.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Emerson Lamb appeals the district court's order granting the Defendants' motion to dismiss and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to appeal in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Lamb v. Astrue*, No. 4:07–cv–00020–RBS (E.D.Va. August 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*